# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| WIL DICKERSON ) | Case No. 4:15-cv-00173-DMB-JMV |
| ) | |
| ) | **CLASS ACTION COMPLAINT** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FANDUEL, INC., ) | |
| 19 UNION SQUARE WEST, 9TH FL. ) | |
| NEW YORK, NEW YORK, 10003 ) | |
| ) | |
| Defendant ) | |

### Stipulation of Dismissal as to Plaintiff, Julie Whitfield Herod

Comes now, Plaintiff, Julie Whitfield Herod, individually, hereby stipulates that the instant matter and any causes of action that Julie Whitfield Herod has against FanDuel be dismissed from the docket of the Northern District of Mississippi, without prejudice. Upon further investigation, Julie Whitfield Herod maintains that her husband has not participated in the alleged conduct in the complaint.

The sole and remaining Plaintiff and class representative is Wil Dickerson. Wil Dickerson maintains all pled causes of action against said, Fanduel.

So stipulated on this the 18th day of December, 2015.

                                                Wil Dickerson
                                                PLAINTIFF

                                                BY:/s/Charles Edwards_____
                                                Charles Edwards, Esq. (MSBN 99773)
                                                Marc L Boutwell, Esq. (MSBN 9263)
                                                The Law Office of Marc Boutwell, PLLC
                                                Post Office Box 956

                                                                                  Lexington, Mississippi 39095
                                                                                  Telephone: (662) 834-9029
                                                                                  Facsimile:  (662) 834-3117

OF COUNSEL:

Stephen L. Gowan, MSB # 8854
GOWAN LAW OFFICE, PLLC
Post Office Box 629
Kosciusko, MS  39090-0629
Office:  (662) 290-0042
Fax:  (662) 289-3749